UNITED STATES of America,
Plaintiff–Appellee,

v.

Milford VICKERS, a.k.a. Buddy,
Defendant–Appellant.

No. 09–16063
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 22, 2010.

Jonathan Wesley Dingus, Panama City, FL, for Defendant–Appellant.

Gayle Littleton, Panama City, FL, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before TJOFLAT, WILSON and COX, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Milford Vickers, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Vickers's conviction and sentence are **AFFIRMED.**